**BLACK GRIEVANCE COMMITTEE, Ulysses Miles, Alfred Murray, Henri P. Freeland, Robert Parrish, Joanne Bond, George Wright, William Hand, Calvin Brown, on behalf of themselves and all others similarly situated, Appellees in No. 85–1561 Cross-Appellants in No. 85–1562,**

**Willie Robinson and Willie Blackshear, Intervenor-Plaintiffs,**

**Alfred L. Trappanese, Sr., Andrew Gavin, and Philip Caranci, Intervenor-Plaintiffs,**

**v.**

**PHILADELPHIA ELECTRIC COMPANY, Appellant in No. 85–1561 Cross-Appellee in No. 85–1562.**

**Nos. 85–1561, 85–1562.**

United States Court of Appeals, Third Circuit.

Submitted July 31, 1987.

Decided Aug. 19, 1987.

Before GIBBONS, Chief Judge, and BECKER and STAPLETON, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT

PER CURIAM:

This court having decided the issues raised by the Appeal and the Cross Appeal, and the Supreme Court, — U.S. —, 107 S.Ct. 3255, 97 L.Ed.2d 754, having granted certiorari on some but not all of those issues, and having vacated our judgment and remanded for further consideration in light of its decision in *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, — U.S. —, 107 S.Ct. 3078, 97 L.Ed.2d 585 (1987), the judgment of the district court with respect to fees and costs will be vacated, and the case remanded for further proceedings consistent with *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, — U.S. —, 107 S.Ct. 3078, 97 L.Ed.2d 585 (1987), and with the previous opinion of this court. The district court should also consider the effect of *Crawford Fitting Co. v. J.T. Gibbons, Inc.*, — U.S. —, 107 S.Ct. 2494, 96 L.Ed.2d 385 (1987) on the expert witness fee expenses issue in our previous opinion. *Black Grievance Committee v. Philadelphia Electric Co.*, 802 F.2d 648, 657 (3d Cir.1986).